IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CALVIN MORRIS                                                                                    PLAINTIFF

V.                                         CASE NO. 3:12CV00193 JTK

CAROLYN W. COLVIN, *Commissioner*,
Social Security Administration                                                          DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, it is CONSIDERED, ORDERED and ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner and remanding this case for further evaluation consistent with the findings of the Court.

SO ADJUDGED this 29th day of April, 2013.

_____
UNITED STATES MAGISTRATE JUDGE